Date signed April 30, 2009



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| VERNAL D. WRIGHT | : | Case No. 09-11424PM |
| CHARLOTTE SHONTAE WRIGHT | : | Chapter 7 |
| | : | |
| Debtors | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |
| JORDAN-KITT MUSIC, INC. | : | |
| t/a JORDAN KITT'S MUSIC | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| VERNAL D. WRIGHT | : | |
| CHARLOTTE SHONTAE WRIGHT | : | |
| Respondents | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

### MEMORANDUM OF DECISION

Before the court are two matters. First is a Motion for Relief from Stay filed by Jordan-Kitt Music, Inc., seeking relief from the stay of § U.S.C. 362(a) so as to allow it to proceed to repossess and piano. The Debtors do not oppose this Motion and, as stated in their response, arranged to have the piano picked by the Movant. However, for whatever reason, this pickup was not consummated. Second, Jordan-Kitt's also objects to Debtors' claim of exemption of the piano that is lumped with all other personal property valued at $3,320.00. Inasmuch as the purchase price of the piano itself was $10,844.50, the objection to the claim of exemption appears well taken.

Nevertheless, in view of the Debtors' apparent unwillingness to either redeem or reaffirm

the debtor for the piano, and their willingness to have Jordan-Kitt's retrieve the piano, the claiming of the exemption as to the subject property as to which Jordan-Kitt's asserts a secured interest is of no consequence to this case. The court suggests that counsel for the parties confer in order to reach a mutually acceptable arrangement for the retrieval of the piano..

    Appropriate orders will be entered.

cc:
Vernal/Charlotte Wright, 8030 Dorado Terrace, Brandywine, MD 20613
Laura J. Margulies, Esq., 6205 Executive Blvd., Rockville, MD 20852
Issa G. Ziadeh, Esq., Central Collections Unit, P.O. Box 299, Mercersburg, PA 17236
Janet M. Nesse, Trustee, 1150 18th Street, N.W., Suite 800, Washington, DC 20036

**End of Memorandum**